# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ROBERT F. ERBE, JR.,

                Plaintiff,

        v.

DR. THAI DO, et al.,

                Defendants.

)
)
)
)
)
)
)
)
)

NO. ED CV 10-0535 SJO (FMO)

**JUDGMENT**

    IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: _____5/2·/11_____, 2011.

                                             S. JAMES OTERO
                              UNITED STATES DISTRICT JUDGE